Stephen G. SHANNON, Appellant,

v.

STATE of Missouri, Respondent.

No. 55180.

Missouri Court of Appeals,
Eastern District,
Division One.

April 4, 1989.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 2, 1989.

Application to Transfer Denied
June 13, 1989.

Michael C. Todt, David Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

Movant appeals from the denial of his Rule 27.26 motion after an evidentiary hearing wherein movant sought to vacate his conviction pursuant to a guilty plea of stealing, third offense, for which he was sentenced to ten years' imprisonment.

The judgment of the motion court is based on findings of fact that are not clearly erroneous and no error of law appears. An extended opinion would have no precedential value.

Judgment affirmed in accordance with Rule 84.16(b).

O.J.G., Plaintiff–Appellant,